McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and JASON SCHMIDT, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>BRIAN L. STEELE,<br><br>Respondent. | 2:08-mc-00087-FCD-DAD<br><br>**MAGISTRATE JUDGE'S ORDER AND FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT**<br><br>Taxpayer: BRIAN L. STEELE |

This matter came before the court on September 26, 2008, pursuant to the Order to Show Cause filed July 25, 2008, which, with the verified petition and exhibits, was personally served on respondent on August 23, 2008, according to Fed. R. Civ. P. 4(e).  Caroline A. Newman appeared for petitioners, and petitioning Revenue Officer Jason Schmidt was present.  Respondent did not file an opposition, but appeared at the hearing.

The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce administrative summonses (Exhibit A to the petition) in aid of two investigations by Revenue Officer Schmidt.  The first is to determine financial information for the collection of assessed income tax for the years

ending December 31, 2001, December 31, 2002, and December 31, 2003; and the second is to determine financial information for the collection of assessed Employer's Federal Quarterly Tax for the periods ending  March 31, 2006, June 30, 2006, September 30, 2006,  December 31, 2006, June 30, 2007, and September 30, 2007, and for Employer's Annual Unemployment tax for the year ending December 31, 2007.  Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is found to be proper.  Authorization for the action is under I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.).  The Order to Show Cause shifted to respondent the burden of rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

        I have reviewed the petition and documents in support.  Based on the uncontroverted verification of Revenue Officer Schmidt and the entire record, I make the following findings:

        (1) The summonses issued by Revenue Officer Jason Schmidt to respondent Brian L. Steele on April 11, 2008, seeking testimony and production of documents and records in respondent's possession, was issued in good faith and for a legitimate purpose under I.R.C. § 7602; that is, to determine financial information for the collection of assessed income tax for the years ending December 31, 2001, December 31, 2002, and December 31, 2003; and to determine financial information for the collection of assessed Employer's Federal Quarterly Tax for the periods ending  March 31, 2006, June 30, 2006, September 30, 2006,  December 31, 2006, June 30, 2007, and September 30, 2007, and for Employer's Annual Unemployment tax for the year ending December 31, 2007.

        (2) The information sought is relevant to that purpose.

        (3) The information sought is not already in the possession of the Internal Revenue Service.

        (4) The administrative steps required by the Internal Revenue Code have been followed.

        (5) There is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.

1    (6) The verified petition and its exhibits made a prima facie showing of
2 satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).
3    (7) The burden shifted to respondent, Brian L. Steele, to rebut that prima
4 facie showing.
5    (8) Respondent presented no argument or evidence to rebut the prima facie
6 showing.
7    IT IS HEREBY RECOMMENDED that the IRS summonses issued to
8 respondent, Brian L. Steele, be enforced, and that respondent be ordered to appear at the
9 I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue
10 Officer Jason Schmidt or his designated representative, on Tuesday, October 28, 2008, at
11 11:00 a.m., then and there to be sworn, to give testimony, and to produce for examining
12 and copying the books, checks, records, papers and other data demanded by the
13 summonses, the examination to continue from day to day until completed.
14    These findings and recommendations are submitted to the United States
15 District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B)
16 and (C) and Rule 72-304 of the Local Rules of the United States District Court for the
17 Eastern District of California.  Within ten (10) days after being served with these findings
18 and recommendations, any party may file written objections with the court and serve a
19 copy on all parties.  Such a document should be titled "Objections to Magistrate Judge's
20 Findings and Recommendations."  Any reply to the objections shall be served and filed
21 within ten (10) days after service of the objections.  The District Judge will then review
22 these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are
23 advised that failure to file objections within the specified time may waive the right to
24 appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
25 /////
26 /////
27 /////
28 /////

1    IT IS HEREBY ORDERED that the Clerk shall serve this order and
2 findings and recommendations and all future orders upon respondent Mr. Brian L. Steele,
3 9765 Frenchtown-Dobbins Rd., Dobbins, CA 95935.
4 DATED: September 29, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/steele0087.f&r