McGREGOR W. SCOTT
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

CAROLINE A. NEWMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-2558
Email: Caroline.A.Newman@usdoj.gov
Western.Taxcivil@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and JASON SCHMIDT, Revenue Officer, Internal Revenue Service, | 2:08-mc-00087-FCD-DAD |
|---|---|
| Petitioners, | **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS** |
| v. | |
| BRIAN L. STEELE, | Taxpayer: BRIAN L. STEELE |
| Respondent. | |

The United States and Revenue Officer Jason Schmidt hereby petition for enforcement of two I.R.S. summons. The matter was placed before United States Magistrate Judge Dale A. Drozd under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On July 25, 2008, Judge Drozd issued an Order to Show Cause, ordering the respondent, Brian L. Steele, to show cause why the I.R.S. summonses issued to him on April 11, 2008, should not be enforced. The Petition, Points and Authorities, and Order to Show Cause were personally served upon the respondent. Respondent did not file an opposition to enforcement under paragraph on page 3 of the Order to Show Cause.

Judge Drozd presided at the show-cause hearing on September 26, 2008, at which respondent appeared. On September 30, 2008, Judge Drozd filed Findings and

1  Recommendations, finding that the requirements for summons enforcement had been
2  satisfied and recommending that the summons be enforced.  Neither side filed objections
3  to the Magistrate Judge's findings and recommendations.
4      I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and
5  Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and
6  recommendations are supported by the record and by proper analysis, and that the
7  requested and unopposed summons enforcement should be granted.  Accordingly, it is
8  hereby ORDERED as follows:
9      1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
10 Enforcement, filed September 30, 2008, are ADOPTED IN FULL.
11     2.  The I.R.S. summonses issued to respondent, Brian L. Steele, are ENFORCED.
12     3.  Respondent, Brian L. Steele, is ORDERED to appear at the I.R.S. offices at
13 4330 Watt Avenue, MS-4307, Sacramento, California, 95821, before Revenue Officer
14 Jason Schmidt or his designated representative, on Tuesday, October 28, 2008, at 11:00
15 a.m., then and there to be sworn, to give testimony, and to produce for examining and
16 copying the books, checks, records, papers and other data demanded by the summons, the
17 examination to continue from day to day until completed.
18     It is SO ORDERED.
19
20 DATED:  November 05, 2008.
21
22                                    FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28